**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01349-VAP (DTBx)                    Date:  November 1, 2013

Title:    BWP MEDIA USA INC. -v- GREGORY ISAAC
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:    ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE; AND CONTINUING NOVEMBER 4, 2013 SCHEDULING CONFERENCE TO NOVEMBER 18, 2013 (IN CHAMBERS)

     The Court set a scheduling conference in this matter for November 4, 2013. (<u>See</u> Scheduling Conference Order (Doc. No. 10).)  Under Rule 26(f) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties must submit a joint report to the Court no later than seven days prior to the date designated for the scheduling conference, setting forth their proposed schedules.  The parties have filed no timely report.

     Plaintiff's counsel is therefore ORDERED to show cause in writing why this action should not be dismissed for failure to prosecute.  In addition, counsel for both parties are ORDERED to show cause in writing why monetary sanctions should not issue for the failure to file a report.  Counsel shall file their responses no later than

EDCV 13-01349-VAP (DTBx)
BWP MEDIA USA INC. v. GREGORY ISAAC
MINUTE ORDER of November 1, 2013

November 15, 2013.

     The November 4, 2013 scheduling conference is CONTINUED to November 18, 2013. at 1:30 p.m.

     **IT IS SO ORDERED.**